UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. SEGUEDA FLORES,<br><br>Plaintiff,<br><br>v.<br><br>MECHANICS BANK, et al.,<br><br>Defendants. | Case No.: 18cv2839-LAB (MSB)<br><br>**ORDER OF DISMISAL** |

The Court ordered Plaintiff to show cause why this action should not be dismissed. If Plaintiff failed to show cause, the Court cautioned, this action would be dismissed. Plaintiff has not filed any response. Claims against Defendants Mechanics Bank and Lincoln Financial Services are **DISMISSED WITHOUT PREJUDICE** and claims against Hy Cite Enterprises and Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**. This action is **DISMISSED** and the Clerk is directed to close the docket.

**IT IS SO ORDERED**.

Dated: April 2, 2020

Hon. Larry Alan Burns
Chief United States District Judge